706 A.2d 1207

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Larry WHITTERS, Petitioner.**

Supreme Court of Pennsylvania.

April 1, 1998.

Andrew G. Gay, Philadelphia, for petitioner.

***ORDER***

PER CURIAM.

AND NOW this 1st day of April, 1998, the Petition for Allowance of Appeal is GRANTED in order to determine whether the Superior Court erred by declining to dismiss the charges against appellant pursuant to Pa. R.Crim. P. 1100.